

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| IN RE: TOM DARNOLD, | § | No. 08-13-00257-CR |
| IN HIS OFFICIAL CAPACITY AS AN | | |
| ASSISTANT DISTRICT ATTORNEY | § | AN ORIGINAL PROCEEDING |
| FOR THE STATE OF TEXAS, | | |
| | § | IN MANDAMUS |
| Relator. | § | |

## **J U D G M E N T**

The court has considered this cause on the Relator's petition for writ of mandamus against the Honorable Marcos Lizarraga, Judge of the 168th District Court of El Paso County, Texas, and conditionally grants relief, in accordance with the opinion of this court. The writ will issue only if the trial court fails to comply with the opinion within a reasonable period of time.

IT IS SO ORDERED THIS 30TH DAY OF MAY, 2014.

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.